IT IS SO ORDERED.
June 8, 2011
s/David D. Dowd, Jr.
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:10-cv-02319 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge David D. Dowd Jr. |
| | ) | |
| TESTA FAMILY ENTERPRISES, LTD., LLC | ) | |
| d/b/a ROYAL ARMS APARTMENTS | ) | |
| c/o AMERICO TESTA, REGISTERED AGENT | ) | |
| 6442 PECK ROAD | ) | |
| RAVENNA, OH 44266 | ) | |
| | ) | |
| and | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| CHRISTINE TESTA | ) | **WITHOUT PREJUDICE** |
| 18 LASALLE COURT, SE | ) | |
| NORTH CLINTON OHIO 444709, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, United States of America, hereby dismisses this matter without prejudice.

Pursuant to paragraph 13 of the proposed consent order signed by all parties, the United States

shall dismiss this matter with prejudice upon conclusion of the period during which the consent

order is in effect.

Respectfully submitted,

Steven M. Dettelbach
United States Attorney

By:    s/Michelle L. Heyer
         Michelle L. Heyer, Reg. No. 0065723
         Assistant U.S. Attorney
         United States Courthouse
         801 West Superior Avenue, Suite #400
         Cleveland, Ohio 44113
         (216) 622-3686/216-622-3781 voice
         (216) 522-2404 facsimile
         michelle.heyer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2011, the foregoing Plaintiff's Notice of

Dismissal Without Prejudice was filed electronically.  Notice of this filing will be sent to all

parties by operation of the Court's electronic filing system.  Parties may access this filing through

the Court's system.

s/Michelle L. Heyer
Michelle L. Heyer
Assistant U.S. Attorney